IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DAVID GATES, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 05-CV-00252-HFS |
| COMMERCE BANK, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff David Gates dismisses this action with prejudice. The parties shall bear their own costs.

*David Gates*
David Gates
*Plaintiff Pro Se*